**United States District Court**
**Violation Notice** (Rev. 1/2019)

VP2420056l

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| V560 | 09877971 | K. Bos | 1094 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 07/07/2024 H57
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(b)(2)

Place of Offense: Main Street + Route 25 (cold spot)
Ann Glen intersection

Offense Description; Factual Basis for Charge: Possession of Controlled Substance

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Gilkey
First Name: Eden
M.I.: F

Tag No: 2WV372
State: WV
Year: 15
Make/Model: Toyota Camry
PASS ☐
Color: black

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 110 North Herber St. Beckley, WV 25801
Date: Sept. 17 2024
Time: 10 am

X Defendant Signature

Original - CVB Copy

*09877971*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

see attached document

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/07/2024   [Officer's Signature] Bos

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident